certiorari to the Supreme Court of the State of Kansas granted. *Mr. Ray Campbell* for petitioner. *Mr. N. H. Loomis* and *Mr. T. M. Lillard* for respondent.

---

No. 623. COMMONWEALTH OF AUSTRALIA ET AL. *v.* JOHN L. MCLEAN, AS TRUSTEE IN BANKRUPTCY, ETC. December 10, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Corwin S. Shank* for petitioners. *Mr. Ira Bronson* and *Mr. H. B. Jones* for respondent.

---

No. 495. JAMES C. DAVIS, AS DIRECTOR GENERAL, ETC. *v.* A. E. MANRY. January 7, 1924. Petition for a writ of certiorari to the Court of Appeals of the State of Georgia granted. *Mr. T. M. Cunningham, Jr.,* and *Mr. I. J. Hofmayer* for petitioner. *Mr. Robert Douglas Feagin* for respondent.

---

No. 708. SAM MICHAELSON ET AL. *v.* UNITED STATES EX REL. CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY COMPANY. January 14, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Donald R. Richberg, Mr. John A. Cadigan* and *Mr. Jackson H. Ralston* for petitioners. *Mr. Richard L. Kennedy* for respondent.

---

PETITIONS FOR CERTIORARI DENIED, FROM OCTOBER 1, 1923, TO AND INCLUDING JANUARY 28, 1924.

No. 286. AETNA INSURANCE COMPANY ET AL. *v.* STOKES V. ROBERTSON, STATE REVENUE AGENT, ETC. Error to the Supreme Court of the State of Mississippi. October